

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 8 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

3:23cv174 - DPJ-FKB

To: The United States District Court

My name is Dewayne Dearing, I am writing this letter to The United States District Court on the behalf of myself dealing with the problem that, I am having trying to get my canteen replaced that, I order on Tuesday January 17th, 2023 that, I never did to realy enjoy on Monday January 23rd, 2023 that K-9 Officer Washington refused to let me have when he placed me on lockdown in R and C section five cell no. 197. My canteen was taken / took from me by K-9 Officer Washington and he gave it away to other inmates. The United States District Court can watch the video tape of me being placed in handcuff and move to R and C lockdown section five cell no. 197 with out my canteen and legal mail.

Respectfully Yours
02/27/23 Dewayne Dearing
M.D.O.C. No. 147239

To: The United States District Court, and Rankin County Circuit Court

My name is Dewayne Dearing, I am writing you this letter on the behalf of myself, I am sending both courts copies of my paperwork due to the condition of my canteen that, I have ordered on Tuesday January 17th, 2023 and received and signed for on Monday January 23rd, 2023 right before, I was placed on lin R and C lock down. K-9 Officer Wayla, and K-9 Officer Washington refused to let me have when they locked me down on lin R and C lock down. They told me that, I could not have any canteen in R and C lock down along with all of my legal mail, I never did get any of my canteen and legal mail at all the court can rewind the video tape and watch it at any time of day or night.

02/27/23    Respectfully Yours
            Dewayne Dearing
            M.D.O.C. No. 147239

To: The United States District Court

My name is Dewayne Dearing, I am writing this letter to The United States District Court on the behalf of myself dealing with the problem that, I am having trying to get my canteen replaced that, I order on Tuesday January 17th, 2023 that, I never did to realy enjoy on Monday January 23rd, 2023 that K-9 Officer Washington refused to let me have when he placed me on lockdown in R and C section five cell no. 197. My canteen was taken/took from me by K-9 Officer Washington and he gave it away to other inmates. The United States District Court can watch the video tape of me being placed in handcuff and move to R and C lockdown section five cell no. 197 with out my canteen and legal mail.

Respectfully Yours

02/27/23   Dewayne Dearing

M·D·O·C· No. 147239

To: The United States, District Court, and Rankin County Circuit Court

My name is Dewayne Dearing, I am writing you this letter on the behalf of myself, I am sending both courts copies of my paperwork due to the condition of my canteen that, I have ordered on Tuesday January 17th, 2023 and received and signed for on Monday January 23rd, 2023 right before, I was placed on/in R and C lock down. K-9 Officer Wayla, and K-9 Officer Washington refused to let me have when they locked me down on/in R and C lock down. They told me that, I could not have any canteen in R and C lock down along with all of my legal mail, I never did get any of my canteen and legal mail at all the court can rewind the video tape and watch it at any time of day or night.

02/27/23    Respectfully Yours
Dewayne Dearing
M.D.O.C. No. 147239



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

**Derrick Chambers, Superintendent**
**Central Mississippi Correctional Facility**

**Post Office Box 88550**
**Pearl, Mississippi 39208**
**(601)932-2880**

2/14, 2023

Inmate: _Dewayne Loving #14229_

Location: _1A yard B-c #38_

## RE: HOW TO ENTER THE ARP PROCESS

It is suggested that you use the following guidelines as a checklist before resubmitting your "ARP" to ensure your request is accepted and handled by the Administrative Remedy Program.

☐ (1) Send a letter to the CMCF ARP Department, P.O. Box 88550, Pearl, MS 39208. The letter should be as brief as possible. Present as many facts as possible to answer all questions (who, what, when, where, how). **You must send this letter through Inmate Legal Assistance Program. It will not be accepted by our office in the regular mail.**

☐ (2) The original letter **must contain** the phrase **"This is a Request for Administrative Remedy" must be signed** in order to enter the ARP process.

☐ (3) Only one complaint/request will be accepted. If your letter contains more than one complaint/request, it will be rejected and returned to you. **A SEPARATE REQUEST MUST BE FILED FOR EACH COMPLAINT/ISSUE**.

☐ (4) The Administrative Remedy Program does not accept requests concerning property issue without an "unaltered" property slip **(proof of ownership).**

☐ (5) Make a copy of your letter and retain it for your records. You will not receive your original letter back and the institution is not responsible for furnishing you with a copy of your letter. If your letter concerns an RVR, a **completed** copy must be sent.

☐ (6) Your letter must be sent within **thirty (30) days of an alleged event**. (Unless in a case where you were ill and unable to write, etc.) **[Fifteen (15) days for RVR Appeals].**

☑ (7) The Administrative Remedy Program cannot accept requests for staff to be disciplined, dictation on how staff my conduct themselves (including meetings), any type of compensation, **parole board issues**, camera footage or lawsuit request. If your letter contains any of these requests, it will therefore be **rejected.**

Sincerely,

Le Tresia Stewart, Investigator II
Administrative Remedy Program

PC: Inmate file

ARP FORM

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE REMEDY PROGRAM

CASE NUMBER

FROM: Dewayne Dearing       147239       B/Bld B Zone Bed
Inmate Name                 MDOC #       Unit                88

Date: 02/02/23

This is a Request for Administrative Remedy

On Monday January 23rd, 2023 I Dewayne Dearing got my canteen that, I ordered on Tuesday January 17th, 2023 on Wednesday January 25th, 2023, I Dewayne Dearing was transported to R and C lockdown J-Pod Cell 197 with out my canteen and legal mail. I asked the officers about my canteen and they told me that they did not know any thing about my canteen my canteen was gave or given away by K-9 Officer Wayla and K-9 Officer Washington after, I was moved/transferred over to R and C lock down J-Pod Cell No. 197. I also was jumped on by K-9 Officer Wayla and K-9 Officer Washington at the shift commanders office in the holding cell and medical refused to see me on Wednesday January 25th, 2023. Relief: I would like to have my $300.00 Dollars refunded back to my inmate account or my canteen reordered by C.M.C.F. I also would like to have K-9 Officer Wayla, and K-9 Officer Washington fired from their job/jobs.

CMCF
APPROVED LEGAL MAIL

FEB 07 2023

Dewayne Dearing 147239
/Signature & MDOC #

RECEIVED
FEB 08 2023
CMCF ARP

This is an request for an Administrative Remedy Program

On Tuesday January 17th, 2023 I Offender Dewayne Dearing placed an order for canteen and on Monday January 23rd, 2023, I Offender Dewayne Dearing signed for my canteen on Monday January Wednesday January 25th, 2023, I Offender Dewayne Dearing was placed on lockdown by K-9 Officer Wayla, and K-9 Officer Washington and was sent to R+C lockdown by K-9 Wayla, and K-9 Washington. On Wednesday January 25th, 2023, I Offender Dewayne Dearing was jumped on by K-9 Officer Wayla, and K-9 Washington in the holding tanks at Quick Bed 720 at B-Building both K-9 Officer Wayla, and K-9 Officer Washington tryed to get me to take off ony clothing / by stripping naked for both of them on Wednesday January 25th, 2023. I kept on asking K-9 Officer Wayla, and K-9 Officer Washington and other officers about my canteen which, I never did get back at all K-9 Officer Wayla, and K-9 Officer Washington told me that they gave my canteen away to other inmates on D-Zone B-Building at Quick Bed 720.

Relief: I Offender Dewayne Dearing would like to have my $300.00 Dollars refunded back to me along with the sum amount of $289.66 in free canteen as soon as possible.

02/07/23                    Dewayne Dearing
                            M.D.O.C. No. 147239