# CMCF
## Resident Activity Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Resident Id: | 147239 | | | Run Date: | 02/02/2023 | |
| Full Name: | DEARING, DEWAYNE | | | From: | 01/01/2023 | |
| Housing: | CMCF, CMCF R&C, ZONE J, BED 0197 | | | To: | 02/02/2023 | |

### Beginning Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Legal Postage | $0.00 | -$0.81 | $0.00 |
| | $0.00 | -$0.81 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Legal Postage | $0.00 | $0.00 | $0.81 |
| | $0.00 | $0.00 | $0.81 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 6427030 | 01/10/2023 | Change Classification | Automated Class Change | | $0.00 | $0.00 | -$0.81 | $0.00 |
| 6427031 | 01/10/2023 | Transfer Institution - From | Automated Transfer Unit | | $0.00 | $0.00 | $0.00 | $0.00 |
| 6427031 | 01/10/2023 | Transfer Institution - To | Automated Transfer Unit | | $0.00 | $0.00 | -$0.81 | $0.00 |
| 6427032 | 01/10/2023 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$0.81 | $0.00 |
| 6444476 | 01/16/2023 | Resident Deposit | Internet | | $300.00 | $299.19 | $0.00 | $0.81 |
| 6447531 | 01/17/2023 | Resident Charge | Excess Phone Charge | | -$1.00 | $298.19 | $0.00 | $1.81 |
| 6448719 | 01/17/2023 | Sale | Debit Sale | | -$289.66 | $8.53 | $0.00 | $1.81 |
| 6465065 | 01/24/2023 | Group Withdrawal | Excess Phone Use 01/16/2023 - 01/22/2023 | | -$1.00 | $8.53 | $0.00 | $0.81 |
| 6471851 | 01/25/2023 | Change Housing | Automated Housing Change | | $0.00 | $8.53 | $0.00 | $0.81 |
| 6475929 | 01/27/2023 | Resident Deposit | Task No 6444476 - Chargeback | | -$8.53 | $0.00 | $0.00 | $0.81 |
| Ending Balances | | | | | | $0.00 | $0.00 | $0.81 |